Doe #1

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/28/2012 06:31:31 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/28/2012 06:31:31 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/28/2012 06:31:31 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/28/2012 06:31:31 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/28/2012 06:31:31 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/28/2012 06:31:31 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/28/2012 06:31:31 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/28/2012 06:31:31 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/28/2012 06:31:31 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/28/2012 06:31:31 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/28/2012 06:31:31 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/28/2012 06:31:31 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/28/2012 06:31:31 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/28/2012 06:31:31 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/28/2012 06:31:31 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/28/2012 06:31:31 |

**Total Statutory Copyright Infringements for Doe #1:  16**

Doe #2

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/17/2012 21:15:10 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/17/2012 21:15:10 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/17/2012 21:15:10 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/17/2012 21:15:10 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/17/2012 21:15:10 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/17/2012 21:15:10 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/17/2012 21:15:10 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/17/2012 21:15:10 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/17/2012 21:15:10 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/17/2012 21:15:10 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/17/2012 21:15:10 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/17/2012 21:15:10 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/17/2012 21:15:10 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/17/2012 21:15:10 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/17/2012 21:15:10 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/17/2012 21:15:10 |

**Total Statutory Copyright Infringements for Doe #2:  16**

EXHIBIT C

NIL11

Doe #3

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/26/2012 16:25:20 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/26/2012 16:25:20 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/26/2012 16:25:20 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/26/2012 16:25:20 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/26/2012 16:25:20 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/26/2012 16:25:20 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/26/2012 16:25:20 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/26/2012 16:25:20 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/26/2012 16:25:20 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/26/2012 16:25:20 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/26/2012 16:25:20 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/26/2012 16:25:20 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/26/2012 16:25:20 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/26/2012 16:25:20 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/26/2012 16:25:20 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/26/2012 16:25:20 |

**Total Statutory Copyright Infringements for Doe #3:  16**

EXHIBIT C

NIL11

Doe #4

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/23/2012 02:08:39 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/23/2012 02:08:39 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/23/2012 02:08:39 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/23/2012 02:08:39 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/23/2012 02:08:39 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/23/2012 02:08:39 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/23/2012 02:08:39 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/23/2012 02:08:39 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/23/2012 02:08:39 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/23/2012 02:08:39 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/23/2012 02:08:39 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/23/2012 02:08:39 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/23/2012 02:08:39 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/23/2012 02:08:39 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/23/2012 02:08:39 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/23/2012 02:08:39 |

**Total Statutory Copyright Infringements for Doe #4: 16**

EXHIBIT C

NIL11

Doe #5

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/14/2012 18:22:14 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/14/2012 18:22:14 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/14/2012 18:22:14 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/14/2012 18:22:14 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/14/2012 18:22:14 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/14/2012 18:22:14 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/14/2012 18:22:14 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/14/2012 18:22:14 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/14/2012 18:22:14 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/14/2012 18:22:14 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/14/2012 18:22:14 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/14/2012 18:22:14 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/14/2012 18:22:14 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/14/2012 18:22:14 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/14/2012 18:22:14 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/14/2012 18:22:14 |

**Total Statutory Copyright Infringements for Doe #5: 16**

EXHIBIT C

NIL11

Doe #6

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/16/2012 21:16:48 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/16/2012 21:16:48 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/16/2012 21:16:48 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/16/2012 21:16:48 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/16/2012 21:16:48 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/16/2012 21:16:48 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/16/2012 21:16:48 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/16/2012 21:16:48 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/16/2012 21:16:48 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/16/2012 21:16:48 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/16/2012 21:16:48 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/16/2012 21:16:48 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/16/2012 21:16:48 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/16/2012 21:16:48 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/16/2012 21:16:48 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/16/2012 21:16:48 |

**Total Statutory Copyright Infringements for Doe #6:  16**

EXHIBIT C

NIL11

Doe #7

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/02/2012 17:47:10 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/02/2012 17:47:10 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/02/2012 17:47:10 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/02/2012 17:47:10 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/02/2012 17:47:10 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/02/2012 17:47:10 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/02/2012 17:47:10 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/02/2012 17:47:10 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/02/2012 17:47:10 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/02/2012 17:47:10 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/02/2012 17:47:10 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/02/2012 17:47:10 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/02/2012 17:47:10 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/02/2012 17:47:10 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/02/2012 17:47:10 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/02/2012 17:47:10 |

**Total Statutory Copyright Infringements for Doe #7:  16**

EXHIBIT C

NIL11

Doe #8

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/06/2012 21:07:58 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/06/2012 21:07:58 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/06/2012 21:07:58 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/06/2012 21:07:58 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/06/2012 21:07:58 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/06/2012 21:07:58 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/06/2012 21:07:58 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/06/2012 21:07:58 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/06/2012 21:07:58 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/06/2012 21:07:58 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/06/2012 21:07:58 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/06/2012 21:07:58 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/06/2012 21:07:58 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/06/2012 21:07:58 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/06/2012 21:07:58 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/06/2012 21:07:58 |

**Total Statutory Copyright Infringements for Doe #8:  16**

EXHIBIT C

NIL11

Doe #9

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 08/07/2012 01:48:40 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 08/07/2012 01:48:40 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 08/07/2012 01:48:40 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 08/07/2012 01:48:40 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 08/07/2012 01:48:40 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 08/07/2012 01:48:40 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 08/07/2012 01:48:40 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 08/07/2012 01:48:40 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 08/07/2012 01:48:40 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 08/07/2012 01:48:40 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 08/07/2012 01:48:40 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 08/07/2012 01:48:40 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 08/07/2012 01:48:40 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 08/07/2012 01:48:40 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 08/07/2012 01:48:40 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 08/07/2012 01:48:40 |

**Total Statutory Copyright Infringements for Doe #9:  16**

EXHIBIT C

Doe #10

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/19/2012 08:59:57 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/19/2012 08:59:57 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/19/2012 08:59:57 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/19/2012 08:59:57 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/19/2012 08:59:57 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/19/2012 08:59:57 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/19/2012 08:59:57 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/19/2012 08:59:57 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/19/2012 08:59:57 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/19/2012 08:59:57 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/19/2012 08:59:57 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/19/2012 08:59:57 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/19/2012 08:59:57 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/19/2012 08:59:57 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/19/2012 08:59:57 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/19/2012 08:59:57 |

**Total Statutory Copyright Infringements for Doe #10:  16**

EXHIBIT C

NIL11

Doe #11

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/20/2012 12:40:46 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/20/2012 12:40:46 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/20/2012 12:40:46 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/20/2012 12:40:46 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/20/2012 12:40:46 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/20/2012 12:40:46 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/20/2012 12:40:46 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/20/2012 12:40:46 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/20/2012 12:40:46 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/20/2012 12:40:46 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/20/2012 12:40:46 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/20/2012 12:40:46 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/20/2012 12:40:46 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/20/2012 12:40:46 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/20/2012 12:40:46 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/20/2012 12:40:46 |

**Total Statutory Copyright Infringements for Doe #11:  16**

EXHIBIT C

NIL11

Doe #12

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/25/2012 13:46:20 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/25/2012 13:46:20 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/25/2012 13:46:20 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/25/2012 13:46:20 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/25/2012 13:46:20 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/25/2012 13:46:20 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/25/2012 13:46:20 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/25/2012 13:46:20 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/25/2012 13:46:20 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/25/2012 13:46:20 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/25/2012 13:46:20 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/25/2012 13:46:20 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/25/2012 13:46:20 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/25/2012 13:46:20 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/25/2012 13:46:20 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/25/2012 13:46:20 |

**Total Statutory Copyright Infringements for Doe #12:  16**

EXHIBIT C

NIL11

Doe #13

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/14/2012 03:23:33 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/14/2012 03:23:33 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/14/2012 03:23:33 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/14/2012 03:23:33 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/14/2012 03:23:33 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/14/2012 03:23:33 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/14/2012 03:23:33 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/14/2012 03:23:33 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/14/2012 03:23:33 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/14/2012 03:23:33 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/14/2012 03:23:33 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/14/2012 03:23:33 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/14/2012 03:23:33 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/14/2012 03:23:33 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/14/2012 03:23:33 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/14/2012 03:23:33 |

**Total Statutory Copyright Infringements for Doe #13:  16**

EXHIBIT C

NIL11

Doe #14

| Title | Date First Pub | Regis Date | Infringement Date |
|-------|----------------|------------|-------------------|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/06/2012 19:26:32 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/06/2012 19:26:32 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/06/2012 19:26:32 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/06/2012 19:26:32 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/06/2012 19:26:32 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/06/2012 19:26:32 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/06/2012 19:26:32 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/06/2012 19:26:32 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/06/2012 19:26:32 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/06/2012 19:26:32 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/06/2012 19:26:32 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/06/2012 19:26:32 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/06/2012 19:26:32 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/06/2012 19:26:32 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/06/2012 19:26:32 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/06/2012 19:26:32 |

**Total Statutory Copyright Infringements for Doe #14:  16**

EXHIBIT C

Doe #15

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/27/2012 09:58:01 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/27/2012 09:58:01 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/27/2012 09:58:01 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/27/2012 09:58:01 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/27/2012 09:58:01 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/27/2012 09:58:01 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/27/2012 09:58:01 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/27/2012 09:58:01 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/27/2012 09:58:01 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/27/2012 09:58:01 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/27/2012 09:58:01 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/27/2012 09:58:01 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/27/2012 09:58:01 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/27/2012 09:58:01 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/27/2012 09:58:01 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/27/2012 09:58:01 |

**Total Statutory Copyright Infringements for Doe #15:  16**

EXHIBIT C

Doe #16

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/31/2012 08:23:06 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/31/2012 08:23:06 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/31/2012 08:23:06 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/31/2012 08:23:06 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/31/2012 08:23:06 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/31/2012 08:23:06 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/31/2012 08:23:06 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/31/2012 08:23:06 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/31/2012 08:23:06 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/31/2012 08:23:06 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/31/2012 08:23:06 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/31/2012 08:23:06 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/31/2012 08:23:06 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/31/2012 08:23:06 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/31/2012 08:23:06 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/31/2012 08:23:06 |

**Total Statutory Copyright Infringements for Doe #16:  16**

EXHIBIT C

NIL11

Doe #17

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 08/01/2012 01:37:19 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 08/01/2012 01:37:19 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 08/01/2012 01:37:19 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 08/01/2012 01:37:19 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 08/01/2012 01:37:19 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 08/01/2012 01:37:19 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 08/01/2012 01:37:19 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 08/01/2012 01:37:19 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 08/01/2012 01:37:19 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 08/01/2012 01:37:19 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 08/01/2012 01:37:19 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 08/01/2012 01:37:19 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 08/01/2012 01:37:19 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 08/01/2012 01:37:19 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 08/01/2012 01:37:19 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 08/01/2012 01:37:19 |

**Total Statutory Copyright Infringements for Doe #17:  16**

EXHIBIT C

NIL11

Doe #18

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/02/2012 05:27:37 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/02/2012 05:27:37 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/02/2012 05:27:37 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/02/2012 05:27:37 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/02/2012 05:27:37 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/02/2012 05:27:37 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/02/2012 05:27:37 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/02/2012 05:27:37 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/02/2012 05:27:37 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/02/2012 05:27:37 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/02/2012 05:27:37 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/02/2012 05:27:37 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/02/2012 05:27:37 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/02/2012 05:27:37 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/02/2012 05:27:37 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/02/2012 05:27:37 |

**Total Statutory Copyright Infringements for Doe #18:  16**

EXHIBIT C

NIL11

Doe #19

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/20/2012 22:10:46 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/20/2012 22:10:46 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/20/2012 22:10:46 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/20/2012 22:10:46 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/20/2012 22:10:46 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/20/2012 22:10:46 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/20/2012 22:10:46 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/20/2012 22:10:46 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/20/2012 22:10:46 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/20/2012 22:10:46 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/20/2012 22:10:46 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/20/2012 22:10:46 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/20/2012 22:10:46 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/20/2012 22:10:46 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/20/2012 22:10:46 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/20/2012 22:10:46 |

**Total Statutory Copyright Infringements for Doe #19:  16**

EXHIBIT C

Doe #20

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/15/2012 01:22:33 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/15/2012 01:22:33 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/15/2012 01:22:33 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/15/2012 01:22:33 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/15/2012 01:22:33 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/15/2012 01:22:33 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/15/2012 01:22:33 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/15/2012 01:22:33 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/15/2012 01:22:33 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/15/2012 01:22:33 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/15/2012 01:22:33 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/15/2012 01:22:33 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/15/2012 01:22:33 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/15/2012 01:22:33 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/15/2012 01:22:33 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/15/2012 01:22:33 |

**Total Statutory Copyright Infringements for Doe #20:  16**

EXHIBIT C

NIL11

Doe #21

| Title | Date First Pub | Regis Date | Infringement Date |
|-------|----------------|------------|-------------------|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/23/2012 04:41:38 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/23/2012 04:41:38 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/23/2012 04:41:38 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/23/2012 04:41:38 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/23/2012 04:41:38 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/23/2012 04:41:38 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/23/2012 04:41:38 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/23/2012 04:41:38 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/23/2012 04:41:38 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/23/2012 04:41:38 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/23/2012 04:41:38 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/23/2012 04:41:38 |
| Mina's Fantasy | 06/25/2010 | 11/23/2012 | 06/23/2012 04:41:38 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/23/2012 04:41:38 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/23/2012 04:41:38 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/23/2012 04:41:38 |

**Total Statutory Copyright Infringements for Doe #21:  16**

EXHIBIT C

NIL11

Doe #22

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/26/2012 01:02:05 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/26/2012 01:02:05 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/26/2012 01:02:05 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/26/2012 01:02:05 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/26/2012 01:02:05 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/26/2012 01:02:05 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/26/2012 01:02:05 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/26/2012 01:02:05 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/26/2012 01:02:05 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/26/2012 01:02:05 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/26/2012 01:02:05 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/26/2012 01:02:05 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/26/2012 01:02:05 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/26/2012 01:02:05 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/26/2012 01:02:05 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/26/2012 01:02:05 |

**Total Statutory Copyright Infringements for Doe #22:  16**

EXHIBIT C

Doe #23

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/09/2012 06:29:36 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/09/2012 06:29:36 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/09/2012 06:29:36 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/09/2012 06:29:36 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/09/2012 06:29:36 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/09/2012 06:29:36 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/09/2012 06:29:36 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/09/2012 06:29:36 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/09/2012 06:29:36 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/09/2012 06:29:36 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/09/2012 06:29:36 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/09/2012 06:29:36 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/09/2012 06:29:36 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/09/2012 06:29:36 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/09/2012 06:29:36 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/09/2012 06:29:36 |

**Total Statutory Copyright Infringements for Doe #23:  16**

EXHIBIT C

Doe #24

| Title | Date First Pub | Regis Date | Infringement Date |
|-------|----------------|------------|-------------------|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/07/2012 00:56:42 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/07/2012 00:56:42 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/07/2012 00:56:42 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/07/2012 00:56:42 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/07/2012 00:56:42 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/07/2012 00:56:42 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/07/2012 00:56:42 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/07/2012 00:56:42 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/07/2012 00:56:42 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/07/2012 00:56:42 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/07/2012 00:56:42 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/07/2012 00:56:42 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/07/2012 00:56:42 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/07/2012 00:56:42 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/07/2012 00:56:42 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/07/2012 00:56:42 |

**Total Statutory Copyright Infringements for Doe #24:  16**

EXHIBIT C

NIL11

Doe #25

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/17/2012 14:04:39 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/17/2012 14:04:39 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/17/2012 14:04:39 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/17/2012 14:04:39 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/17/2012 14:04:39 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/17/2012 14:04:39 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/17/2012 14:04:39 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/17/2012 14:04:39 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/17/2012 14:04:39 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/17/2012 14:04:39 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/17/2012 14:04:39 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/17/2012 14:04:39 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/17/2012 14:04:39 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/17/2012 14:04:39 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/17/2012 14:04:39 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/17/2012 14:04:39 |

**Total Statutory Copyright Infringements for Doe #25:  16**

EXHIBIT C

NIL11

Doe #26

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/23/2012 05:57:03 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/23/2012 05:57:03 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/23/2012 05:57:03 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/23/2012 05:57:03 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/23/2012 05:57:03 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/23/2012 05:57:03 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/23/2012 05:57:03 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/23/2012 05:57:03 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/23/2012 05:57:03 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/23/2012 05:57:03 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/23/2012 05:57:03 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/23/2012 05:57:03 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/23/2012 05:57:03 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/23/2012 05:57:03 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/23/2012 05:57:03 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/23/2012 05:57:03 |

**Total Statutory Copyright Infringements for Doe #26:  16**

EXHIBIT C

Doe #27

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/20/2012 17:52:31 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/20/2012 17:52:31 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/20/2012 17:52:31 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/20/2012 17:52:31 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/20/2012 17:52:31 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/20/2012 17:52:31 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/20/2012 17:52:31 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/20/2012 17:52:31 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/20/2012 17:52:31 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/20/2012 17:52:31 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/20/2012 17:52:31 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/20/2012 17:52:31 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/20/2012 17:52:31 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/20/2012 17:52:31 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/20/2012 17:52:31 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/20/2012 17:52:31 |

**Total Statutory Copyright Infringements for Doe #27:  16**

EXHIBIT C

NIL11

Doe #28

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/21/2012 18:47:12 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/21/2012 18:47:12 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/21/2012 18:47:12 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/21/2012 18:47:12 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/21/2012 18:47:12 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/21/2012 18:47:12 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/21/2012 18:47:12 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/21/2012 18:47:12 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/21/2012 18:47:12 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/21/2012 18:47:12 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/21/2012 18:47:12 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/21/2012 18:47:12 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/21/2012 18:47:12 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/21/2012 18:47:12 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/21/2012 18:47:12 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/21/2012 18:47:12 |

**Total Statutory Copyright Infringements for Doe #28:  16**

EXHIBIT C

Doe #29

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/20/2012 03:01:54 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/20/2012 03:01:54 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/20/2012 03:01:54 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/20/2012 03:01:54 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/20/2012 03:01:54 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/20/2012 03:01:54 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/20/2012 03:01:54 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/20/2012 03:01:54 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/20/2012 03:01:54 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/20/2012 03:01:54 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/20/2012 03:01:54 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/20/2012 03:01:54 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/20/2012 03:01:54 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/20/2012 03:01:54 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/20/2012 03:01:54 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/20/2012 03:01:54 |

**Total Statutory Copyright Infringements for Doe #29:  16**

EXHIBIT C

Doe #30

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/04/2012 17:14:19 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/04/2012 17:14:19 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/04/2012 17:14:19 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/04/2012 17:14:19 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/04/2012 17:14:19 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/04/2012 17:14:19 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/04/2012 17:14:19 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/04/2012 17:14:19 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/04/2012 17:14:19 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/04/2012 17:14:19 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/04/2012 17:14:19 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/04/2012 17:14:19 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/04/2012 17:14:19 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/04/2012 17:14:19 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/04/2012 17:14:19 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/04/2012 17:14:19 |

**Total Statutory Copyright Infringements for Doe #30:  16**

EXHIBIT C

Doe #31

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/20/2012 17:25:02 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/20/2012 17:25:02 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/20/2012 17:25:02 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/20/2012 17:25:02 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/20/2012 17:25:02 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/20/2012 17:25:02 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/20/2012 17:25:02 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/20/2012 17:25:02 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/20/2012 17:25:02 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/20/2012 17:25:02 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/20/2012 17:25:02 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/20/2012 17:25:02 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/20/2012 17:25:02 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/20/2012 17:25:02 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/20/2012 17:25:02 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/20/2012 17:25:02 |

**Total Statutory Copyright Infringements for Doe #31:  16**

EXHIBIT C

NIL11

Doe #32

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/23/2012 00:39:09 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/23/2012 00:39:09 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/23/2012 00:39:09 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/23/2012 00:39:09 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/23/2012 00:39:09 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/23/2012 00:39:09 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/23/2012 00:39:09 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/23/2012 00:39:09 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/23/2012 00:39:09 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/23/2012 00:39:09 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/23/2012 00:39:09 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/23/2012 00:39:09 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/23/2012 00:39:09 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/23/2012 00:39:09 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/23/2012 00:39:09 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/23/2012 00:39:09 |

**Total Statutory Copyright Infringements for Doe #32:  16**

EXHIBIT C

NIL11

Doe #33

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/20/2012 01:59:22 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/20/2012 01:59:22 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/20/2012 01:59:22 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/20/2012 01:59:22 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/20/2012 01:59:22 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/20/2012 01:59:22 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/20/2012 01:59:22 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/20/2012 01:59:22 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/20/2012 01:59:22 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/20/2012 01:59:22 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/20/2012 01:59:22 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/20/2012 01:59:22 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/20/2012 01:59:22 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/20/2012 01:59:22 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/20/2012 01:59:22 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/20/2012 01:59:22 |

**Total Statutory Copyright Infringements for Doe #33:  16**

EXHIBIT C

Doe #34

| Title | Date First Pub | Regis Date | Infringement Date |
|-------|----------------|------------|-------------------|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/17/2012 21:48:20 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/17/2012 21:48:20 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/17/2012 21:48:20 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/17/2012 21:48:20 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/17/2012 21:48:20 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/17/2012 21:48:20 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/17/2012 21:48:20 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/17/2012 21:48:20 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/17/2012 21:48:20 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/17/2012 21:48:20 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/17/2012 21:48:20 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/17/2012 21:48:20 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/17/2012 21:48:20 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/17/2012 21:48:20 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/17/2012 21:48:20 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/17/2012 21:48:20 |

**Total Statutory Copyright Infringements for Doe #34:  16**

EXHIBIT C

Doe #35

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/06/2012 14:32:15 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/06/2012 14:32:15 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/06/2012 14:32:15 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/06/2012 14:32:15 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/06/2012 14:32:15 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/06/2012 14:32:15 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/06/2012 14:32:15 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/06/2012 14:32:15 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/06/2012 14:32:15 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/06/2012 14:32:15 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/06/2012 14:32:15 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/06/2012 14:32:15 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/06/2012 14:32:15 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/06/2012 14:32:15 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/06/2012 14:32:15 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/06/2012 14:32:15 |

**Total Statutory Copyright Infringements for Doe #35:  16**

EXHIBIT C

NIL11

Doe #36

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/02/2012 15:28:35 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/02/2012 15:28:35 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/02/2012 15:28:35 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/02/2012 15:28:35 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/02/2012 15:28:35 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/02/2012 15:28:35 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/02/2012 15:28:35 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/02/2012 15:28:35 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/02/2012 15:28:35 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/02/2012 15:28:35 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/02/2012 15:28:35 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/02/2012 15:28:35 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/02/2012 15:28:35 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/02/2012 15:28:35 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/02/2012 15:28:35 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/02/2012 15:28:35 |

**Total Statutory Copyright Infringements for Doe #36: 16**

EXHIBIT C

NIL11

Doe #37

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/11/2012 02:16:59 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/11/2012 02:16:59 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/11/2012 02:16:59 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/11/2012 02:16:59 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/11/2012 02:16:59 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/11/2012 02:16:59 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/11/2012 02:16:59 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/11/2012 02:16:59 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/11/2012 02:16:59 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/11/2012 02:16:59 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/11/2012 02:16:59 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/11/2012 02:16:59 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/11/2012 02:16:59 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/11/2012 02:16:59 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/11/2012 02:16:59 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/11/2012 02:16:59 |

**Total Statutory Copyright Infringements for Doe #37:  16**

EXHIBIT C

NIL11