**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:12-cv-6674 |
| | : | |
| JOHN DOES 1-37, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE 20 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 20 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 20 was assigned the IP Address 71.201.121.57. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 20 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: November ____, 2012

    Respectfully submitted,

    By: ___/s/ *Paul J. Nicoletti*___
    Paul J. Nicoletti
    paul@nicoletti-associates.com
    Law Office of Nicoletti & Associates, PLLC
    36880 Woodward Avenue, Suite 100
    Bloomfield Hills, MI 48304
    Phone: 248-203-7800
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November ____, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                              By: /s/ *Paul J. Nicoletti*
                                                              Paul J. Nicoletti