## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Malibu Media, LLC

                        Plaintiff,

v.                                              Case No.: 1:12–cv–06674

                                              Honorable Gary Feinerman

John Does 1–37, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 20, 2012:

      MINUTE entry before Honorable Gary Feinerman:Motion hearing held. Plaintiff failed to appear. For the reasons stated in the record, Doe 35's motion to vacate order and quash subpoena [17] is granted in part. The subpoena regarding Does 1–35 (Doc. 17–2 at 48–52) is quashed. Plaintiff is ordered to show cause in writing, by 1/4/2013, why this case should not be dismissed against all Defendants (other than Doe Nos. 35 and 36 and any other Does who already have been dismissed) for failure to comply with Rule 4(m). The 11/29/2012 order recommending the reassignment of this case to Judge Lee [12] is vacated. If Plaintiff fails without good cause to appear for any future motion or status hearing, this case will be dismissed for want of prosecution.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.