**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Action Case No. <u>1:12-cv-06674</u> |
| | ) |
| v. | ) |
| | ) |
| JOHN DOES 1-37, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF VOLUNTARY DISMISSALWITHOUT
PREJUDICE OF JOHN DOES 1, 2, 3, 4, 5, 6, 7, 8, 10, 12, 13,
<u>14, 15, 18, 19, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34 AND 37 ONLY</u>**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 1, 2, 3, 4, 5, 6, 7, 8, 10, 12, 13, 14, 15, 18, 19, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34 and 37 ("Defendants") from this action <u>without prejudice</u>. Defendants were assigned the IP addresses 173.9.225.117, 24.1.130.73, 24.13.175.226, 24.14.110.228, 24.14.122.52, 24.14.2.138, 24.15.166.15, 67.162.61.99, 67.17.115.75, 67.173.81.117, 67.175.239.48, 67.176.161.178, 68.60.254.216, 71.194.31.39, 71.201.241.136, 71.57.52.15, 71.57.87.82, 76.29.9.104, 98.206.138.220, 98.206.230.250, 98.212.186.227, 98.214.155.158, 98.220.230.29, 98.220.69.27, 98.223.159.28, 98.228.116.184, 98.228.193.57, 98.228.197.101 and 69.47.215.141, respectively. Plaintiff has received the names and identifying information of these Defendants in this case and is unable to coordinate service of process to properly serve these Defendants. Plaintiff plans on further investigating and confirming the information provided by the Internet Service Provider and will re-file and serve each Doe Defendant if deems necessary.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: January 4, 2013

        Respectfully submitted,

        NICOLETTI & ASSOCIATES, PLLC

        By:    /s/ *Paul J. Nicoletti*
        Paul J. Nicoletti, Esq. (P44419)
        36880 Woodward Ave, Suite 100
        Bloomfield Hills, MI 48304
        Tel: (248) 203-7800
        Fax: (248) 203-7801
        E-Fax: (248) 928-7051
        Email: paul@nicoletti-associates.com
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 4, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

        By:    /s/ *Paul J. Nicoletti*