# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. <u>1:12-cv-06674</u> |
| v. | ) |
| JOHN DOES 1-37, | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL
## <u>WITHOUT PREJUDICE OF JOHN DOE 36 ONLY</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Doe 36 ("Defendant"), from this action <u>without prejudice</u>. Defendant was assigned the IP address 64.53.212.187. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: January 21st, 2013

                                                          Respectfully submitted,

                                                          NICOLETTI & ASSOCIATES, PLLC

                                                          By:    /s/ *Paul J. Nicoletti*
                                                          Paul J. Nicoletti, Esq. (P44419)
                                                          36880 Woodward Ave, Suite 100
                                                          Bloomfield Hills, MI 48304
                                                          Tel:  (248) 203-7800
                                                          Fax:  (248) 203-7801
                                                          E-Fax: (248) 928-7051
                                                          Email:  paul@nicoletti-associates.com
                                                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 21, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By:    /s/ *Paul J. Nicoletti*