IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cv-06674 |
| | ) | |
| JOHN DOES 1-37, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE THAT on April 10, 2013, at 9:00 a.m., I shall appear before the Honorable Judge Gary Feinerman, or any Judge sitting in his stead in the United States District Court Building, 219 S. Dearborn, Room 2125, Chicago, Illinois, and shall then and there present ***John Doe #35's Motion for Extension of Time to File Responsive Pleading,*** a true and correct copy of which is attached hereto and hereby served upon you.

                                               Respectfully Submitted,
                                               John Doe #35,


                                      By:  /s/ Robert L. Dawidiuk
                                             One of His Attorneys

Robert L. Dawidiuk #6282717
rdawidiuk@collinslaw.com
The Collins Law Firm, P.C.
1770 N. Park Street, Suite 200
Naperville, Illinois 60563
Phone: (630) 527-1595

## CERTIFICATE OF SERVICE

    I, Robert L. Dawidiuk, an attorney, hereby certify that a copy John Doe #35's Motion for Extension of time, was served upon the counsel named on the attached Service List via ECF on this the 4th day of April, 2013.


                                               /s/ Robert L. Dawidiuk
                                             One of His Attorneys

**SERVICE LIST**

**Paul Joseph Nicoletti**
Nicoletti & Associates, Pllc
36880 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304
(248) 203-7800
paul@nicoletti-associates.com

**Mary K. Schulz**
Schulz Law, P.C.
1144 E. State Street
Suite A260
Geneva, IL 60134
224-535-9510
224-535-9501 (fax)
SchulzLaw@me.com

**Erin Kathryn Russell**
The Russell Firm
233 South Wacker Drive, 84th Floor
Chicago, IL 60606
312-994-2424
312-706-9766 (fax)
erin@russellfirmchicago.com


Robert L. Dawidiuk, ARDC #6282717
rdawidiuk@collinslaw.com
THE COLLINS LAW FIRM, P.C.
1770 N. Park Street, Suite 200
Naperville, Illinois 60563
Telephone: (630) 527-1595
Facsimile: (630) 527-1193