IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cv-06674 |
| | ) | |
| JOHN DOES 1-37, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

NOW COMES the Defendant, JOHN DOE #35, with Internet Provider Address No. 98.228.65.42 ("Defendant"), by and through his attorneys, The Collins Law Firm, P.C., and for his Motion for Extension of Time, states as follows:

1. On March 14, 2013, this Court entered an Order denying Defendant's motion to sever the case, in part due to Plaintiff's representation that all other defendants had been dismissed from the case.

2. The March 14, 2013 Order gave Defendant until April 4, 2013, to file an answer or responsive pleading.

3. Thereafter, on March 20, 2013, Plaintiff voluntarily dismissed John Doe #31.

4. The Complaint involves more than 60 allegations, many of which are complex, technically specific, and reliant upon Plaintiff's factual allegations based upon its use of "computer investigators."

5. During the past month, counsel for Defendant has been and currently is engaged in numerous complex matters, including two out-of-state arbitrations, in which counsel for Defendant represents approximately 30 claimants.

6. In order to fully and adequately protect Defendant's rights, and to research applicable affirmative defenses and counterclaims, Defendant requires an additional 14 days to file an answer or other pleading.

7. No prejudice would result to Plaintiff by this extension, given that Defendant may not be the only defendant remaining in the case, and the case is still in its infancy. In fact, Defendant was never served with the Complaint and Summons.

## CONCLUSION

For the above-stated reasons, Defendant requests that the Court grant Defendant's Motion in the form of Order submitted herewith.

Respectfully Submitted,

**JOHN DOE #35**

By: /s/ Robert L. Dawidiuk
One of His Attorneys

Robert L. Dawidiuk, ARDC #6282717
rdawidiuk@collinslaw.com
THE COLLINS LAW FIRM, P.C.
1770 N. Park Street, Suite 200
Naperville, Illinois 60563
Telephone: (630) 527-1595
Facsimile: (630) 527-1193